**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02396-REB

UNITED STATES OF AMERICA,

      Petitioner,

v.

JOHN EISENBUD, President, and
EISENBUDS, INC.,

      Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter before me is the **Notice of Voluntary Dismissal of Case** [#6] filed November 3, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Notice of Voluntary Dismissal of Case** [#6] filed November 3, 2010, is **APPROVED**;

      2. That the **Order To Show Cause** [#4] entered October 4, 2010, is **DISCHARGED**;

      3. That the show cause hearing set for November 5, 2010, is **VACATED**; and

      4. That this action is **DISMISSED WITHOUT PREJUDICE**.

      Dated November 3, 2010, at Denver, Colorado.

      **BY THE COURT:**

      *Bob Blackburn*
Robert E. Blackburn
United States District Judge